Township of North Londonderry, Appellant *v.* Edwin C. Hostetter and Lucille F. Hostetter, t/a Bel Land Company, Appellees.

ORDER

AND Now, this 10th day of December, 1981, the appeal of the Township of North Londonderry is dismissed because the appellant prevailed in the court below. To 2404 C.D. 1980 we have disposed of the appeal of Edwin C. Hostetter and Lucille F. Hostetter, t/a Bel Land Company favorably to the Township of North Londonderry. *Edwin C. Hostetter and Lucille F. Hostetter, t/a Bel Land Company v. Township of North Londonderry,* 63 Pa. Commonwealth Ct. 122, 437 A.2d 806 (1981).